IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHRISTOPHER WALLS, | ) | CASE NO. 8:20-cv-00413 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **PROTECTIVE ORDER** |
| | ) | |
| UNION PACIFIC RAILROAD | ) | |
| COMPANY, A Delaware Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion for Entry of Stipulated Protective Order. ([Filing No. 43](#).) The motion is granted. Accordingly,

**IT IS ORDERED** that the Plaintiff, Christopher Walls, and his agents, representatives, and attorneys are hereby ordered to comply with all of the terms and conditions of the Stipulated Protective Order relating to production of the inward-facing camera of locomotive UP 6674 on the date of the incident giving rise to this litigation, February 18, 2020 ("Subject Video"). The terms and conditions of the Stipulated Protective order follow.

1. The Plaintiff, as well as any agents, representatives or attorneys of the Plaintiff, shall not allow the Subject Video, or images from the Subject Video, to be disseminated to or on the Internet, including social media, or use them in advertising or use them in other litigation not involving the Defendant.

2. The Plaintiff, as well as any agents, representatives, or attorneys of the Plaintiff, will ensure that, if the Subject Video or any images therefrom are given to any of their employees or to any outside expert(s), these individuals will be advised of and provided a copy of this Stipulated Protective Order, and these individuals will not disseminate the Subject Video or images on or to the Internet or any other outside electronic media.

3. The acceptance of the Subject Video or images, or copies of the same, by any employee of or outside expert utilized by the Plaintiff, as well as any agents, representatives, or attorneys of the Plaintiff, constitutes their agreement and consent to be bound by all of the terms and conditions of this Stipulated Protective Order.

4. The termination of proceedings in this action shall not relieve any person to whom the Subject Videos or images have been disclosed from their obligations under this Stipulated Protective Order.

**IT IS SO ORDERED.**

DATED this 28th day of June, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge