IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHRISTOPHER WALLS, <br><br> Plaintiff, <br><br> vs. <br><br> UNION PACIFIC RAILROAD COMPANY, a Delaware corporation, <br><br> Defendant. | 8:20-CV-413 <br><br> **ORDER REGARDING COURT'S REVISED DRAFT JURY INSTRUCTIONS AND VERDICT FORM** |

The Court has reviewed the parties' objections and comments on the Court's first draft of Jury Instructions and a Verdict Form for this case. The Court now provides the parties with revised versions and a "compare" version of the Jury Instruction showing all changes from the prior version. In the Court's view, Instructions Nos. 1 through 13 are now in their final form, although we will discuss them briefly at the pretrial conference tomorrow morning. Instructions Nos. 14 through 19 may require further modification in light of the evidence presented at trial. Accordingly,

IT IS ORDERED that the parties shall be prepared to make a record on Jury Instructions Nos. 1 through 13 at 8:30 a.m. on Tuesday, September 13, 2022.

Dated this 12th day of September, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge