IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CHRISTOPHER WALLS, | ) | Case No. 8:20cv413 |
| | ) | |
| Plaintiff, | ) | **ORDER TO DESTROY** |
| | ) | |
| vs. | ) | |
| | ) | |
| UNION PACIFIC RAILROAD COMPANY, INC | ) | |
| | ) | |
| Defendant. | ) | |

Counsel for the plaintiff notified the court on December 13, 2024, that they wish the following exhibits held by the court in this matter to be destroyed.

    Plaintiff's Exhibits 2, 8-10, 13-17, 19, 27, 29-30 from Jury Trial Held September 13-16, 2022

Pursuant NECivR 79.1(f) or NECrimR 55.1(g), if counsel fails to show cause why the exhibits should not be destroyed, the clerk's office is directed to destroy the above- listed exhibits 14 days from the date of this order.

    IT IS SO ORDERED.

    DATED:  February 21, 2025

                                                                     BY THE COURT

                                                                      Brian C. Buescher
                                                                      United States District Judge